## Martha George et al., Appellants, v. Dr. Lewis D. Moorhead et al., Appellees.

### Gen. No. 43,848.

opinion filed January 6, 1947; released for publication January 20, 1947. Dayton & Oppenheim, for appellants; James A. Dayton, of counsel; Beckman, Healy, Newby & Hough, for certain appellee; Richard E. Kropf, for certain other appellees; Richard E. Kropf and Daniel M. Healy, of counsel. Opinion by JUSTICE FEINBERG. Not to be published in full.